UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD WEBB,

    Petitioner,

v.                                        Case No. 5:18cv176-MCR/MJF

JULIE JONES,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 10, 2019. ECF No. 9. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been timely filed.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's motion to withdraw his petition under 28 U.S.C. § 2254, ECF No. 8, be **GRANTED** and this case be **DISMISSED** without prejudice.

3. The clerk of the court enter judgment accordingly and close this case.

**DONE AND ORDERED** this 13th day of February 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**